**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                    CASE NO.  3:94cr3031LAC

RICARDO OCHOA LOPEZ

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on __February 2, 2006__
Motion/Pleadings:__MOTION TO ELIMINATE ENHANCEMENTS AND REDUCE SENTENCE__
Filed by__DEFENDANT PRO SE__ on __1/20/06__ Doc.# __184__
RESPONSES:
                                          on                          Doc.# 
                                          on                          Doc.# 
____ Stipulated    ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                         Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 3rd day of February, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b) Apprendi, Blakely, Booker and Fanfan are not retroactive.*

*s/L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.